# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE T WEHRY,<br>　　　　Plaintiff,<br><br>-vs-<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security,<br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   NO. 3:20-cv-02328-JFS<br><br>(SAPORITO, M.J.)<br><br>FILED<br>WILKES BARRE<br>AUG 03 2021<br>PER ___/s/___<br>DEPUTY CLERK |

## ORDER

AND NOW, this **3rd** day of **August**, 2021, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Catherine T. Wehry, is awarded attorney fees under the EAJA in the amount of Four Thousand Eight Hundred and Fifty-One Dollars and 90/00 Cents ($4,851.90). These attorney fees will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s). If Plaintiff has no outstanding federal debt, the

Commissioner will honor Plaintiff's assignment of attorney fees to counsel and make the check payable to Plaintiff's counsel.

BY THE COURT:

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO
U.S. MAGISTRATE JUDGE